Jordan Weiner (SBN 356297)
jordan@lrcl.org
La Raza Centro Legal
474 Valencia St., Ste. 295
San Francisco, CA 94103
Telephone: (415) 553-3435

*Attorney for Petitioners*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEFA HERNANDEZ BERNAL,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>Respondents. | Case No. 3:25-cv-07802-RS<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR HABEAS PETITION; ~~[PROPOSED]~~ ORDER** |

On September 25, 2025, the Court issued an order granting a preliminary injunction in this case. (ECF No. 12).

Following that order, the parties met and conferred regarding a briefing schedule for the return and traverse on the habeas petition. Subject to the Court's approval, the parties have agreed as follows:

1. Respondents shall file a return on the Petition by April 3, 2026.
2. Petitioners shall file a traverse on the Petition by April 15, 2026.

DATED: March 4, 2026

*/s/ Jordan Weiner**
JORDAN WEINER
LA RAZA CENTRO LEGAL

Attorney for Petitioners

DATED: March 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Michael J. Starrett*
Michael J. Starrett
Special Assistant United States Attorney

Attorneys for Respondents

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' proposed briefing schedule is hereby ADOPTED as the ORDER of the Court. Respondents shall file their return on or before April 3, 2026. Petitioners shall file their traverse on or before April 15, 2026.

IT IS SO ORDERED.

DATED: March 5, 2026

The Honorable Richard Seeborg
Chief United States District Judge